UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| TONI M. BRASHER,  )  <br> ) <br> Plaintiff,  ) <br> vs.  )    1:05-cv-1894-JDT-WTL <br> ) <br> JO ANNE B. BARNHART, Commissioner  ) <br> of the Social Security Administration,  ) <br> ) <br> Defendant.  ) | |

# E N T R Y

The plaintiff's request to proceed *in forma pauperis* is **granted.**

The clerk is directed to **issue summons** to the defendant and to other officials designated pursuant to *Fed. R. Civ. P.* 4(i)(2).

The Marshal for this District is directed to **serve** the summons and complaint, with a copy of this Entry, at the expense of the United States.

**IT IS SO ORDERED**.

_____
John Daniel Tinder, Judge
United States District Court

Date:  12/23/2005


Copies to:

Patrick H. Mulvany, 2506 Willowbrook Parkway, Suite 201, Indianapolis, IN 46205
Office of the United States Attorney, 10 West Market Street   Suite 2100, Indianapolis, IN
    46204-3048
United States Marshal, 46 East Ohio Street, 179 U.S. Courthouse,   Indianapolis, IN 46204

NOTE TO CLERK: PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.